# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LEAH WILLIS individually. and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>ASCENSION HEALTH,<br><br>Defendant. | Case No. 4:24-cv-0821 |

## NOTICE OF JOINT MOTION TO CONSOLIDATE ACTIONS

Pursuant to Local Rule 4.03, Plaintiff Leah Willis, by and through the undersigned counsel, hereby gives notice that a motion to consolidate has been filed in case number 4:24-cv-0669 [DE 17] seeking consolidation of all related matters.[1] The motion is attached hereto as Exhibit A.

Dated: July 23, 2024

*/s/ Norman E. Siegel*
Norman E. Siegel, #44378 (MO)
George A. Hanson, #395380 (MO)
J. Austin Moore, #64040 (MO)
**STUEVE SIEGEL LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
hanson@stuevesiegel.com
moore@stuevesiegel.com
siegel@stuevesiegel.com

---

[1] To date, thirteen cases have been filed in the Eastern District of Missouri. *Negron v. Ascension Health*, 4:24-cv-00669 (filed May 14, 2024); *Shuta v. Ascension Health*, 4:24-cv-00683 (filed May 16, 2024); *McClellan v. Ascension Health*, 4:24-cv-00686 (filed May 16, 2024); *L.S. v. Ascension Health*, 4:24-cv-00693 (filed May 17, 2024); *Brown et al. v. Ascension Health*, 4:24-cv-00724 (filed May 23, 2024); *Gounaris v. Ascension Health*, 4:24-cv-00727 (filed May 23, 2024); *Radley v. Ascension Health*, 4:24-cv-00748 (filed May 29, 2024); *Willis v. Ascension Health*, 4:24-cv-00821 (filed June 13, 2024); *Gregg v. Ascension Health*, 4:24-cv-00837 (filed June 17, 2024); *Croft v. Ascension Health*, 4:24-cv-00870 (filed June 21, 2024); *Juracek v. Ascension Health*, 4:24-cv-00905 (filed July 1, 2024); *Seney et al. v. Ascension Health*, 4:24-cv-00933 (filed July 9, 2024); and *Hoskins v. Ascension Health*, 4:24-cv-00964 (filed July 15, 2024).

J. Gerard Stranch, IV, #23045 (TN)
Grayson Wells, #73068 (MO)
**STRANCH, JENNINGS & GARVEY PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

John F. Garvey #35879 (MO)
Colleen Garvey #72809 (MO)
Ellen A. Thomas, #73043 (MO)
**STRANCH, JENNINGS & GARVEY PLLC**
701 Market Street, Suite 1510
St. Louis, MO 63101
Tel: (314) 390-6750
jgarvey@stranchlaw.com
cgarvey@stranchlaw.com
ethomas@stranchlaw.com

TJ Jesky, #6235691 (IL)
**LAW OFFICES OF TJ JESKY**
205 N. Michigan Avenue, Suite 810
Chicago, IL 60601
Tel: (312) 894-0130
tj@jeskylaw.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

Jeff Ostrow
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Boulevard, Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
ostrow@kolawyers.com

Maureen M. Brady, #57800 (MO)
Lucy McShane, #57957 (MO)

**MCSHANE & BRADY LLC**
4006 Central Street
Kansas City, MO 64111
Tel: (816) 888-8010
mbrady@mcshanebradylaw.com
lmcshane@mcshanebradylaw.com

Courtney E. Maccarone
Mark S. Reich
Gary I. Ishimoto
**LEVI KORSINKY LLP**
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
cmaccarone@zlk.com
mreich@zlk.com
gishimoto@zlk.com

James J. Rosemergy
**CAREY DANIS & LOWE**
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Tel: (314) 725-7700
jrosemergy@careydanis.com

Don M. Downing
**GRAY RITTER PC**
701 Market Street, Suite 800
St. Louis, MO 63101
Tel: (314) 241-5620
ddowning@grgpc.com

Sabita J. Soneji
David W. Lawler
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Tel: (510) 254-6808
ssoneji@tzlegal.com
dlawler@tzlegal.com

Laurence D. King, Esq.
Matthew B. George, Esq.
Blair E. Reed, Esq.
Clarissa R. Olivares, Esq.
**KAPLAN FOX & KILSHEIMER LLP**

1999 Harrison Street, Suite 1560
Oakland, CA 94612
Tel: (415) 772-4700
lking@kaplanfox.com
mgeorge@kaplanfox.com
breed@kaplanfox.com
colivares@kaplanfox.com

Tiffany Marko Yiatras, #58197 (MO)
**CONSUMER PROTECTION LEGAL, LLC**
308 Hutchinson Road
Ellisville, MO 63011
Tel: (314) 541-0317
tiffany@consumerprotectionlegal.com

Jean S. Martin
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: (813) 223-5505
jeanmartin@forthepeople.com

Thomas E. Loeser
Karin B. Swope
**COTCHETT, PITRE & MCCARTHY LLP**
999 N. Northlake Way, Suite 215
Seattle, WA 98103
Tel: (206) 970-8181
tloeser@cpmlegal.com
kswope@cpmlegal.com

Francis J. "Casey" Flynn, Jr., #52358 (MO)
**LAW OFFICE OF FRANCIS J. FLYNN, JR.**
3889A Humphrey Street
Saint Louis, MO 63116
Tel: (314) 662-2836
casey@lawofficeflynn.com

Brian P. Murray
**GLANCY PRONGAY & MURRAY LLP**
230 Park Avenue, Suite 358
New York, NY 10169
Tel: (212) 682-5340
bmurray@glancylaw.co

Paul C. Whalen, Esq.
**LAW OFFICE OF PAUL C. WHALEN P.C.**
768 Plandome Road
Manhasset, NY 11030
Tel: (631) 612-3905
pcwhalen@gmail.com

David M. Berger
Linda P. Lam
Sarah E. Hillier
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Tel: (510) 350-9700
dmb@classlawgroup.com
lpl@classlawgroup.com
seh@classlawgroup.com

Lynn A. Toops
Amina A. Thomas
**COHEN & MALAD LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

Brandon M. Wise
**PEIFFER WOLF LLP**
One US Bank Plaza, Suite 1950
St. Louis, MO 63101
Tel: (314) 883-4827
bwise@pwcklegal.com

*Attorneys for Plaintiffs and the Proposed Class*

**CERTIFICATE OF CONFERENCE**

Pursuant to LR 3.04(A), I certify that I conferred with Plaintiff's counsel in each of Actions and counsel for the Defendant, and each agreed to the relief requested in this agreed motion.

Dated: July 23, 2024                                      */s/ Norman E. Siegel*
                                                                          Norman E. Siegel, #44378 (MO)

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2024, a copy of the foregoing was served by electronic means via the Court's CM/ECF System on all counsel registered to receive electronic notices.

                                                                          */s/ Norman E. Siegel*
                                                                          Norman E. Siegel, #44378 (MO)